CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, PAUL & NYBERG, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Appellant,
Bryant L. Morris

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JOSEPH D. CONTRERAS,<br><br>          Debtor. | |
| BRYANT MORRIS,<br><br>          Appellant,<br><br>vs.<br><br>JOSEPH D. CONTRERAS,<br><br>          Appellee. | No. C-06-00081 CW<br><br>**STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF** |

Appellant Bryant Morris and Appellee Jose D. Contreras, by and through their attorneys of records hereby stipulate as follows:

**WHEREAS** on December 19, 2005, the Appellant filed an Amended Notice of Appeal appealing that certain amended judgment entered on December 13, 2005 in the bankruptcy court in the Northern District of California;

Stipulation to Extend Time to File Opening Brief

1     **WHEREAS** the court issued a briefing schedule providing that Appellant shall serve and file his brief on March 9, 2006 with the Appellee's brief due twenty (20) days thereafter and any reply ten (10) days after service of said Appellee's brief;

    **WHEREAS** the parties are in the process of executing settlement agreements in which this appeal is dismissed and request that the briefing schedule be extended 45 days, and therefore stipulated as follows:

    **IT IS HEREBY STIPULATED** that the parties agree to extend the date to file Appellant's opening brief from March 9, 2006 to April 20, 2006. The Appellee shall serve and file a brief twenty (20) days after service of the Appellant's brief. The Appellant may serve and file a reply brief ten (10) days after the service of Appellee's brief.

Dated: March 13, 2006      KORNFIELD, PAUL & NYBERG, P.C.

By: Chris D. Kuhner  /s/
(Bar No. 173291)
Attorneys for Appellant, Bryant Morris

Dated: March 13, 2006      LAW OFFICES OF CRAIG BURNETT

By: Craig Burnett  /s/
(Bar No. 118907)
Attorneys for Appellee, Joseph D. Contreras



IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kornfield, Paul & Nyberg, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669