1 CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, PAUL & NYBERG, P.C.
2 1999 Harrison Street, Suite 2675
Oakland, California 94612
3 Telephone: (510) 763-1000
Facsimile: (510) 273-8669
4

Attorneys for Appellant,
5 Bryant L. Morris

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

**In re**

11
**JOSEPH D. CONTRERAS,**

12
                                        **Debtor.**
13

14 **BRYANT  MORRIS,**                   **No. C-06-00081 CW**

15                             **Appellant,**

16 **vs.**                                **SECOND STIPULATION TO EXTEND**
                                        **TIME TO FILE OPENING BRIEF**
17 **JOSEPH D. CONTRERAS,**

18                             **Appellee.**

19

20         Appellant Bryant Morris and Appellee Jose D. Contreras, by and through their attorneys of

21 records hereby stipulate as follows:

22

23         **WHEREAS** on December 19, 2005, the Appellant filed an Amended Notice of Appeal

24 appealing that certain amended judgment entered on December 13, 2005 in the bankruptcy court in the

25 Northern District of California;

26

27

28

Stipulation to Extend Time to File Opening Brief

Kornfield, Paul & Nyberg, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

**Kornfield, Paul & Nyberg, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

1    **WHEREAS** the court issued a briefing schedule providing that Appellant shall serve and file

2  his brief on March 9, 2006 with the Appellee's brief due twenty (20) days thereafter and any reply ten

3  (10) days after service of said Appellee's brief;

4

5    **WHEREAS** on March 15, 2006 this Court entered an Order approving the Stipulation To

6  Extend Time To File Opening Brief extending the date to file Appellant's opening brief from March 9,

7  2006 to April 20, 2006;

8

9    **WHEREAS** the parties are still in the process of executing settlement agreements in which this

10  appeal is dismissed and request that the briefing schedule be extended an additional 45 days, and

11  therefore stipulated as follows:

12

13    **IT IS HEREBY STIPULATED** that the parties agree to further extend the date to file

14  Appellant's opening brief from April 20, 2006 to June 15, 2006.  The Appellee shall serve and file a

15  brief twenty (20) days after service of the Appellant's brief.  The Appellant may serve and file a reply

16  brief ten (10) days after the service of Appellee's brief.

17

18  Dated: April 20, 2006                              KORNFIELD, PAUL & NYBERG, P.C.

19

20                                                    By: Chris D. Kuhner   /s/
                                                      (Bar No. 173291)
21                                                    Attorneys for Appellant, Bryant Morris

22

23  Dated: April 20, 2006                              LAW OFFICES OF CRAIG BURNETT

24

25                                                    By: Craig Burnett   /s/
                                                      (Bar No. 118907)
26                                                    Attorneys for Appellee, Joseph D. Contreras

27

28



